**Order filed January 28, 2014.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-13-00904-CV**

_____

**SCWYANA SMITH, Appellant**

**V.**

**BEAR CREEK MEADOWS HOMEOWNERS ASSOCIATION, Appellee**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-75442**

# O R D E R

This is an appeal from a final judgment signed July 23, 2013. On December 19, 2013, this court ordered appellant to file an amended notice of appeal on or before January 3, 2014. No response was filed. In addition, appellant's brief was due January 6, 2014. No brief or motion for extension of time has been filed.

Unless appellant files an amended notice of appeal in compliance with our December 19, 2013 order, and appellant's brief with the clerk of this court on or

before **February 21, 2014**, the court will dismiss the appeal. *See* Tex. R. App. P. 42.3(a) (dismissal for want of jurisdiction) and 42.3(b) (dismissal for want of prosecution).


PER CURIAM